SEALED

**FILED**

JUL 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, vs. Eliazar Ortiz MENDOZA | CASE NO. 12mj 0190 EFB |
| | ORDER SEALING DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all documents in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person, except as necessary to effectuate the purposes of the Court's orders, unless otherwise ordered by this Court.

Date: July 17, 2012

EDMUND F. BRENNAN
United States Magistrate Judge