```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | NO.2:12-mj-190 EFB |
| ) v. ) | APPLICATION AND [PROPOSED] ORDER FOR UNSEALING COMPLAINT |
| ELIAZAR ORTIZ MENDOZA, ) ) Defendant. ) | |

On July 18, 2012, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and this case be unsealed.

DATED: July 18, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ Daniel S. McConkie
                                           DANIEL S. McCONKIE
                                           Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )
12         Plaintiff,              )   NO. 2:12-mj-190 EFB
                                   )
13      v.                         )   ORDER
                                   )   UNSEALING COMPLAINT
14  ELIAZAR ORTIZ MENDOZA,         )
                                   )
15         Defendant.              )
    _____    )
16
17      The government's request to unseal the Complaint and this case
18  is GRANTED.
19  SO ORDERED:
20  DATED: July 18, 2012           /s/Carolyn K. Delaney
                                   HON. CAROLYN K. DELANEY
21                                 United States Magistrate Judge
22
23
24
25
26
27
28
```